IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE ROCHELLE GENERAL                                                         PLAINTIFF

vs.                             Civil No. 13-CV-1001

SHERIFF MIKE MCGOUGH; LT. GREER;
JUDGE H. SINGLETON; and MARK
KLAPPENBACH                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 25, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Bryant recommends that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 4) be DENIED and the Complaint (ECF No. 1) be DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(I-iii) and 1915A(a). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **DENIED** and Plaintiff's Complaint is **DISMISSED**. The Clerk is directed to place a strike flag on the case pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**, this 17th day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge